UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**KEY CONTAINER CORPORATION**

V.

C.A. No. 04 – 522 ML

**PAPER ALLIED INDUSTRIAL CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION (AFL-CIO-CLC)** and its **KEY LOCAL #1-1410**

RECEIVED
JUN 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## DISMISSAL STIPULATION

All claims and counterclaims included or includable by the opposing Parties in this matter are hereby dismissed with prejudice and without taxation of costs.

**Richard Galli**
Counsel for Plaintiff

**James McCormick**
Counsel for Defendant

Enter:
Mary M. Lisi
USDJ 6/7/05

SCANNED